Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Caver Law Offices
P.O. Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

|  |  |
|---|---|
| AMBER CURTIS, | Civil No. 3:11-cv-1351-SI |
| Plaintiff -Appellant, | |
| v. | **NOTICE OF APPEAL** |
| CAROLYN W. COLVIN,[1] COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant-Appellee. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit pursuant to the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

NOTICE OF APPEAL- 1

NOTICE IS HEREBY GIVEN that the above-captioned Plaintiff-Appellant hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the final JUDGMENT of this court dated January 2, 2013, dismissing Appellant's case and affirming the May 13, 2011, decision of the Defendant-Appellee denying Appellant's claim for benefits under the Social Security Act.

The following representation statement is submitted pursuant to FRAP 12(b), and Circuit Rule 3-2(b):

*Parties*:     June Oliver:  Plaintiff -Appellant;

Carolyn W. Colvin, Commissioner of Social Security Administration: Defendant-Appellee.


*Counsel for Plaintiff-Appellant*:     MERRILL SCHNEIDER
merrillschneider@schneiderlaw.com
Schneider Caver Law Offices
P.O. Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145


*Counsel for Defendant-Appellee*:     S. AMANDA MARSHALL
United States Attorney
District of Oregon

ADRIAN L. BROWN
Assistant United States Attorney
1000 SW Third Avenue, Suite 600

Portland, OR 97201-2902
Telephone: 503- 727-1003
Fax: 503- 727-1117

DAVID MORADO
Regional Chief Counsel

SIMONE PEREIRA CAIN
Special Assistant United States Attorney
Office of the General Counsel
1301 Young St., Ste A702
Dallas, TX 75202-5433
Telephone: 214-767-4096
Fax: 214-767-9189
Social Security Administration

Dated this day, February 28, 2013.

Respectfully submitted,

/s/ Merrill Schneider
Merrill Scheider, OSB #77336
Attorney for Plaintiff-Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Notice of Appeal was filed with the

Clerk of the Court on February 28, 2013, using the CM/ECF system which will send

notification of such filing to the following: S. Amanda Marshall and Simone P. Cain.

/s/ Merrill Schneider
Attorney for Plaintiff-
Appellant